UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| U S BANK NATIONAL ASSOCIATION | CIVIL ACTION NO. 23-cv-526 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ACE AMERICAN INSURANCE CO ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

One of the removing defendants is Certain Underwriters at Lloyd's, London Subscribing to Policy No. BOWPN2000 135. The notice of removal and diversity jurisdiction disclosure statement state that Syndicate 2987 is the sole Lloyd's syndicate subscribing to the policy at issue. The filings also allege that Syndicate 2987 is "an unincorporated association, the managing agent of which is Brit Syndicates Limited and sole corporate member of which is Brit UW Limited …." It is not clear whether this is intended to mean that Brit UW Limited is the sole member of the syndicate, sole corporate member of the syndicate (with other non-corporate members), sole corporate member of Brit Syndicates Limited, or maybe something else.

In a case based on diversity jurisdiction, the court must ascertain the citizenship of all members of a party that is an unincorporated association. Such parties include a Lloyd's syndicate. See <u>Corfield v. Dallas Glen Hills LP</u>, 355 F.3d 853 (5th Cir. 2003); <u>Shalabi v. Nautilus Ins. Co.</u>, 2023 WL 166829 (E.D. La. 2023); and <u>Johnson v. Certain Underwriters at Lloyd's London</u>, 2009 WL 3232006, *3 (E.D. La. 2009). Underwriters is allowed until **May 12, 2023** to file an amended diversity jurisdiction disclosure statement

and set forth with specificity the identity and citizenship of each member of Syndicate 2987 (not just its managing agent).

The court will review the record after the deadline and assess whether (1) the defendants have met their burden of establishing grounds for diversity jurisdiction or (2) the case must be remanded for lack of jurisdiction. If the defendants learn that diversity does not exist, or they determine that they do not wish to shoulder the burden of alleging the citizenship of several members (which is sometimes the case with complex organizations), they may notify the court, and an order of remand will be entered.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of April, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge